UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| KATHERINE Y. JENKINS, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant(s). ) | Case No. 2:11CV28 JCH/MLM |

**ORDER**

This matter arises on the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler, filed March 8, 2012.  See 28 U.S.C. §636.  In her report, Magistrate Judge Medler recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice.  Plaintiff was granted fourteen (14) days to object to the recommendation, but to date has filed no objections.

Upon careful consideration of the Report and Recommendation and the record in this case,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 21) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

Dated this   26th   day of March, 2012.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE